# United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3677

_____

Lisa J. Montague,                          *
                                           *
          Appellant,                       *
     v.                                    *   Appeal from the United States
                                           *        District Court for the
                                           *        Eastern District of Missouri.
United States Department of the Army,       *
Secretary Togo D. West, Jr.;                       *              UNPUBLISHED
Togo D. West, Jr.,                         *
                                           *
          Appellees.                       *
                                           *

_____

Submitted:  May 23, 1997

Filed:  July 31, 1997

_____

Before BEAM, Circuit Judge, HENLEY, Senior Circuit Judge, and LOKEN,
     Circuit Judge.

_____

PER CURIAM.

Lisa Montague was a civilian employee of the Army who worked as an occupational therapist providing services to the disabled children of United States military personnel stationed in Germany. She brought suit under the Rehabilitation Act of 1973, 29 U.S.C. §§ 701-797b, alleging that (1) she was constructively discharged from her job; (2) she was retaliated against by her supervisors for filing complaints with the EEOC and bringing to the attention of military commanders what she perceived were inadequacies and illegalities in the treatment of disabled children; and (3) she was discriminated against because her supervisors thought that her sympathy for handicapped children was evidence that she suffered from a mental or emotional disease.

The case was tried to the district court sitting without a jury. The court entered judgment against Montague and for the defendants on each count of her second amended complaint, explaining its decision in a thorough and well-reasoned opinion.

Montague now appeals contending that the court erred as a matter of law with respect to its conclusions on each of the counts of her complaint. After a review of the record, the briefs of the parties, and the opinion of the district court, we find that the decision of the district court in favor of the defendants contains no error of law, that the findings of fact by the district court are not clearly erroneous, and that an extended opinion by our court would have no precedential value.

Accordingly, the judgment appealed from is affirmed. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.